Exhibit A

| FOOTBALL Apr 18 1:30 PM | FOOTBALL Sep 5 | FOOTBALL Sep 12 | FOOTBALL Sep 19 | FO |
| vs Blue vs. White | vs Kent State | at Virginia Tech | vs San Jose State | |



## Football

More ⌄

## 2019 Football Roster

Barber, Damion ▾   Go



**90   DAMION BARBER**

**CLASS:**  Junior

**EXPERIENCE:**  So.

**POSITION:**  DT

**HT./WT.:**  6-3 / 290

**HOMETOWN:**  Harrisburg, Pa.

**HIGH SCHOOL:**  Harrisburg

**H.S. COACH:**  Calvin Everett

**MAJOR:**  African American Studies

💬 BIO      📷 RELATED      📊 STATS

**2019 · SOPHOMORE SEASON**

**Season:** Appeared in two games.

**Buffalo (9/7):** Assisted on two tackles.

**2018 · REDSHIRT FRESHMAN SEASON**

**Season:** Appeared in three games...One of 40 players to make their first Penn State appearance.

**Kent State (9/15):** Made collegiate debut...Saw time on defense. **at Illinois (9/21):** Saw playing time on defense. **Maryland (11/24):** Appeared on defense.

**HIGH SCHOOL**

Three-time letterman for head coach Calvin Everett at Harrisburg High School...Served as 2016 team captain...Guided the Cougars to an 11-4 record and an appearance in the 2016 PIAA Class 5A State Championship game...Named first-team All-State by the Pennsylvania Football Writers in 2016...Named to EasternPAFootball.com's all-state first team as a senior...Selected to PennLive's 2016 All-Star High School Team...Named Pennsylvania Football News' 2016 Class 5A Defensive Player of the Year...Selected to Pennsylvania Football News' Class 5A All-State in 2016...Selected as the Mid-Penn Commonwealth Co-Defensive Player of the Year as a senior...Was a three-time all-conference honoree...Was a candidate for Pennsylvania's 2016 Mr. Football Class 4A-6A...Tallied 67 tackles as a senior...Led the Mid-Penn League with 27 tackles for loss and was second in the league with 13 sacks in 2016...Recorded 13 sacks and 47 tackles in 2015...Had 38 career sacks with double-digit totals each of the last three years...Rated a four-star prospect by 247Sports and Scout, and three stars by ESPN and Rivals...Rated as the No. 7 player in Pennsylvania, No. 7 strong-side defensive end in the country and No. 190 player overall by 247Sports...Ranked No. 65 in the region, No. 11 in the state of Pennsylvania and No. 43 at defensive end by ESPN...Ranked as the top defensive end in Pennsylvania, No. 6 defensive end in the East and No. 28 defensive end in the country by Scout...Rated as the No. 287 overall prospect by Scout...Ranked No. 32 at position and No. 10 in Pennsylvania by Rivals...Was a four-time letterman for the basketball team...Lettered in track & field three times.

**PERSONAL**

Full name is Damion Lamar Barber Jr....Son of Maria and Lamont Lewis and Damion Barber Sr....Has one brother, Quinton Sullivan, and one sister, Tatiana Barber...Majoring in African American studies...Born September 17, 1998.



blaise alexander     Dietz and Watson     highmark     penn state alumni assoc

PennState











© 2020 Penn State Nittany Lions

Feedback  /  1-800-NITTANY

Privacy Policy  /  Terms of Service

Video Platform powered by CBS Sports Digital

**Penn State Football**

# Harrisburg's Damion Barber says he is set for Penn State arrival after missing June report date

Updated Jan 05, 2019; Posted Aug 15, 2017

0
shares

By **Greg Pickel | gpickel@pennlive.com**

Harrisburg's Damion Barber says he's cleared up his academic issues and expects to enroll at Penn State on Wednesday, almost two months after the rest of the freshman class reported.

Barber, a defensive end, sent PennLive a message Monday, hours after he tweeted: "two more days left in the [Harris]burg."

Earlier this month, James Franklin said Barber's arrival was imminent after reports surfaced in June that he was finishing some classwork.

Advertisement

"Yeah, we're confident that Damion's going to be here," Franklin said Aug. 5 at media day. "We've got   ne great feed     t.is .veek. So we're really confident that Damion
Set
will be here weather                                                        Subscribe

"The problem is, once you set your 105 by the NCAA rule, it's not like you can pull a guy off of it and sub a guy in. It's not like the NFL where you're getting on the waiver wires and changing guys.

"So we have some challenges when it comes to that, but the most important thing is will he be here before school starts? And we're pretty confident that that will happen."

Penn State's fall semester begins Aug. 21.

Barber was included on the Nittany Lions' 2017 media guide roster, which was released July 24 at Big Ten Media Days, but is not listed on the team's electronic roster, which was dated July 30. In the media guide, he was assigned the

No. 90 and listed at 6-foot-3, 245 pounds, the same height and weight the former 247Sports' Composite four-star was at when he signed back in February.

It was not clear if Barber could begin practicing immediately; according to a downloadable version of the NCAA rulebook from August 2016, FBS programs are limited to 105 student-athletes "who may engage in practice activities prior to the institution's first day of classes or the institution's first contest, whichever occurs earlier," but there appears to be no limitations related to the in-season roster. It's also not clear if Penn State currently has 105 student-athletes engaging in fall camp, which is now into the double-digits in terms of number of practices held.

Advertisement

Word of Barber's delayed arrival first broke back in mid-June when DKPittsburghSports.com reported from the Big 33 game that he wouldn't be starting the school's second summer semester.

"I gotta do some classwork, some college courses," Barber said on June 13. "I've already gradua    , but I've gotta    one of my college courses and I gotta get up there on July 30."

**Note to readers: if you purchase something through one of our affiliate links we may earn a commission.**

# Around the web



Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷**Ad Choices**



## Football



More ⌄

## 2019 Football Roster

Mark Selders

Gross-Matos, Yetur ▾ | Go



## 99   YETUR GROSS-MATOS

**CLASS:** Junior

**EXPERIENCE:** Jr.

**POSITION:** DE

 Follow your favorite teams today.

**HT./WT.:** 6-5 / 264



**HOMETOWN:** Spotsylvania, Va.





# Football

More ∨

💬 **BIO**    📖 **RELATED**    📊 **STATS**

## CAREER NOTES & RECORDS

**Career:** With one half-tackle for loss against Buffalo (9/7/19), reached the 25 TFL mark in his career.

**Season:** *2018:* Became the 11th Nittany Lion to record 20 tackles for loss in a season (12th time)…Tied with Bruce Clark (1978), Todd Atkins (1994), LaVar Arrington (1999) and Aaron Maybin (2008) for the eighth-most tackles for loss in a season.

## 2019 • JUNIOR SEASON

**Awards:** Named to the Pro Football Focus second-team Big Ten Team of the Week following his performance vs. Buffalo (9/7)…Selected to the preseason Lott Impact Trophy watch list…Named to the preseason Bednarik Award watch list…Tabbed on the preseason Bronko Nagurski Award watch list…Selected for the preseason Big Ten honors list, voted on by conference media members.

**Season:** Made three starts.

**Idaho (8/31):** Notched 2.5 sacks, while collecting three tackles…Selected as the Coaching Staff's Defensive Player of the Week. **Buffalo (9/7):** Registered three tackles, including a solo sack…Added a QB hurry.

## 2018 • SOPHOMORE SEASON

**Awards:** Voted first-team All-Big Ten by the media…Selected third-team All-Big Ten by the coaches…Earned the team's Reid-Robinson Award, as an outstanding defensive lineman, at the team's awards banquet…Named to the Hendricks Award (Top Defensive End) Watch List…Named Big Ten Defensive Player of the Week following the Iowa (10/27) game.

**Season:** Made 13 starts…One of 20 players to make their first career start…Had at least a half-sack in five-straight games from Michigan State (10/13) until Wisconsin (11/10)… Had at least a full tackle for loss in eight straight games, from Ohio State (9/29) through Maryland (11/24).



Follow your favorite teams today.

**Rankings:** Ranked No. 2 in the Big Ten and ranked No. 12 in the na[...]
game…Finished No. 8 in the Big Ten and No. 47 in FBS with 0.62 sacks per game.





# Football

**(10/13):** Collected four tackles...Had 2.5 tackles for loss, including a half-sack...Forced a fumble for the first time in career...Added a QB hurry. **at Indiana (10/20):** Registered a career-high 10 tackles, the most tackles by a Penn State a Penn State defensive lineman since Austin Johnson had 10 tackles against Northwestern in 2015...The 10 tackles are the most by a PSU defensive end since Carl Nassib had 10 at Temple in 2015...Had a career-best two sacks. **Iowa (10/27):** Posted nine tackles, including seven solo...Set a career high with four tackles for loss and tied a career high with two sacks...Named the coaching staff's Defensive Player of the Week. **at Michigan (11/3):** Collected four tackles...Recorded a solo sack. **Wisconsin (11/10):** Recorded five tackles, all solo...Made two tackles for loss, including a strip-sack...Forced a fumble and recovered a fumble. **at Rutgers (11/17):** Registered five tackles, including two solo...Had a tackle for loss...Named the coaching staff's Defensive Player of the Week. **Maryland (11/24):** Collected four tackles...Made 3.5 tackles for loss...Earned the coaching staff's Defensive Player of the Week award.

## 2017 • TRUE FRESHMAN SEASON

**Awards:** Named honorable-mention All-Freshman Team by BTN.com.

**Season:** Appeared in all 13 games...Made collegiate debut vs. Akron (9/2)...One of 24 student-athletes to make their collegiate debut...One of 17 freshmen (14 redshirt, 3 true) to appear.

**Akron (9/2):** Made collegiate debut...Logged two stops...Added one quarterback hurry in the fourth quarter. **Pittsburgh (9/9):** Had a solo stop in the fourth quarter. **Georgia State (9/16):** Made back-to-back big plays early in the fourth quarter...Combined with Antonio Shelton on a tackle for loss, before recovering a fumble that was forced by Daniel Joseph on third down...It was his first career fumble recovery and capped a five-turnover game for the Penn State defense...Helped Penn State force five turnovers (three interceptions, two fumble recoveries), the first time since forcing five turnovers at Indiana (five fumble recoveries) in 2016. **Indiana (9/30):** Notched a season-high three tackles. **at Northwestern (10/7):** Had one quarterback hurry. **Michigan (10/21):** Made two tackles...Part of a defensive line that earned the coaching staff's Defensive Player of the Week. **at Michigan State (11/4):** Recorded three tackles...Logged his first career sack, a combined takedown of Brian Lewerke with Tyrell Chavis in the second quarter. **Rutgers (11/11):** Made three tackles. **Nebraska (11/18):** Had one tackle. **vs. Washington (12/30):** Took down Jake Browning for a quarterback sack in the fourth quarter for his lone stop of the game.

**HIGH SCHOOL**

 Follow your favorite teams today.

Four-time letterman for head coach Bob Oliver at Chancellor High

helping the Chargers go 9-3 as a senior...Selected second-team USA Today All-State as a senior...Named





# Football



More ∨

In his senior season for a combined three-year total of 37 sacks to become the career sacks leader at Chancellor...Rated as a four-star prospect by all four major recruiting outlets – 247Sports, ESPN, Rivals and Scout...Was an ESPN300 recruit, ranking No. 247th nationally...Rated the No. 7 recruit in Virginia, No. 28 prospect in the region and the No. 17 defensive end nationally by ESPN...Ranked No. 5 in Virginia, No. 5 nationally at strong-side defensive end and No. 186 overall by 247Sports...Ranked as No. 3 in Virginia, No. 4 in the East and No. 24 overall among defensive ends by Scout...Rated No. 264 on the Scout300 list...Rated as the No. 136 overall recruit by Rivals...Ranked as the No. 5 prospect in Virginia and No. 5 strong-side defensive end in the nation by Rivals...Lettered in basketball and track.

**PERSONAL**

Full name is Yetur Akkub Gross-Matos...Son of Sakinah and Robert Matos...Has one brother, Robby, and two sisters, Qeturah and Cristina...Hobbies include drawing and music...Majoring in criminology...Has career ambitions to serve underprivileged youth in some capacity...Born February 26, 1998 in New Jersey.

pepsi     Penn State Health     psecu

 **PennState**

  Follow your favorite teams today.







## Football

More ∨







© 2020 Penn State Nittany Lions

Feedback  /  1-800-NITTANY

Privacy Policy  /  Terms of Service

Video Platform powered by CBS Sports Digital



Follow your favorite teams
today.





Set
Weather

Subscribe

# Meet the Penn State football freshmen who are arriving on campus this weekend

Updated May 22, 2019; Posted Jun 24, 2017

By **Greg Pickel | gpickel@pennlive.com**

0
shares

## Meet the new guys



Penn State commit Sean Clifford visits during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

Penn State is expected to welcome 16 new Nittany Lions to campus this weekend, as the second summer semester starts next Wednesday, meaning the fresh faces that signed back in February are ready to kick off their careers in blue and white.

In total, 21 players inked their name on a Penn State National Letter of Intent a few months back, but four -- corner Lamont Wade, lineman Mike Miranda, receiver K.J. Hamler, and linebacker Brelin Faison-Walden -- enrolled in January and received the full benefit of spring ball, while Harrisburg High end Damion Barber, a three-star, won't be on campus until at least late July due to needing to take additional classes.

It leaves this group as the one that is set to kick off their Nittany Lions career. Who are they and what can they do? A rundown is below.

**QB Sean Clifford**



Penn State football head coach James Franklin straightens the banner for Penn State quarterback recruit Sean Clifford during the 2017 National Signing Day in State College, Pa., Feb. 1, 2017.Mark Pynes | mpynes@pennlive.com

**Tale of the tape**

Cincinnati, Ohio St. Xavier

6-foot-1, 211 pounds

Consensus four-star

**What he brings to the table**

Clifford was a class leader for the Nittany Lions top-15 nationally ranked class. He committed early and stayed true to his word when a tough September had some thinking about going elsewhere. A shoulder injury hurt his abilities as a senior, but he seems to be on the healing track, though more time is likely needed before he is 100 percent.

"That guy is a winner," head coach James Franklin said.

Tommy Stevens, Jake Zembiec. We're starting to get winners stockpiled at that position, every position.

That's one of the things we didn't have when we got here, was depth and competition at every position. That's going to make for an exciting spring. That's going to make for an exciting fall. I'm really looking forward to it."

**RB Journey Brown**



Meadville's Journey Brown wins the AAA boys 100 meter dash during day 2 of the 2017 PIAA track and field championships at Shippensburg University. Sean Simmers | ssimmers@pennlive.com May 27, 2017

Meadville, Pa.

5-foot-11, 194 pounds

Consensus three-star

**What he brings to the table**

Brown, as you might have guessed by the track photo above, will bring a major infusion of speed into the program. He broke the longtime PIAA record in the 100 meter dash in the state finals back in May, and his size is closer to that of Saquon Barkley and Miles Sanders at the position. He could be a return candidate from day one.

"I knew right when Penn State was going to offer me, I was going to say yes," he told PennLive in May. "I'd been down there, I was at the Ohio State game, and what a better selling point than that? For me to look at it, I want to learn from Saquon [Barkley]. He, in my opinion, is one of my favorite running backs everywhere, and just to try to learn from one of the best to ever go through, and he's going to go to the league, and that's everybody's dream if you play football in college.

"Who better to learn from than Saquon? I can't wait to go up there and put in that work."

**WR Cam Sullivan-Brown**



Penn State commit Cameron Sullivan-Brown visits during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

**Tale of the tape**

Bowie, Md.

6-foot, 180 pounds

Consensus three-star

**What he brings to the table**

"He's a big, physical guy," head coach James Franklin said on Signing Day. "Really good ball skills. What I love about him and all of our prospects is you watch his tape, not only does he make plays on the offensive side of the ball, but the defensive side of the ball. Really the guys we recruit should dominate high school football on both sides of the ball. He does that."

What more do you want to know? He is a competitor with a wide skill set that he will define in blue and white.

**WR Mac Hippenhammer**



Penn State recruit Mac Hippenhammer visits during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

**Tale of the tape**

Fort Wayne, Ind., Snider

5-foot-11, 170 pounds

Consensus three-star

**What he brings to the table**

Hippenhammer, also a baseball star (unclear if he'll actually play both in blue and white) is also a special teams candidate out of the gate, depending on how he shows up on campus and how long it takes him to adjust. Per Franklin:

"Hippenhammer had as good of a year as anybody in the country returning punts and kicks. Really, really successful. Tremendous feet. Really, really polished already as a wide receiver. He needs to get bigger and stronger."

Whether he does or not should decide his outcome as a freshman.

**OL C.J. Thorpe**



Pittsburgh Central Catholic's C.J. Thorpe participates in a ceremonial signing of his national letter of intent to play football at Penn State on national signing day at the school's campus in Oakland on Wednesday, Feb. 1, 2017. Barry Reeger | Special to PennLive

**Tale of the tape**

Pittsburgh Central Catholic

6-foot-3, 314 pounds

Consensus four-star

**What he brings to the table**

Thorpe is a man-child, dominating some of western PA's best high school football talent game in and game out, making him one of the best gets for the Nittany Lions in this cycle.

He projects as a guard in college, and while some might think his massive frame could lead to him getting on the field right away, playing freshman lineman is usually not ideal, and considering how PSU has recruited the position over the last three cycles, there should be no need to rush him into action.

**OL Robert Martin**



Penn State recruit Robert Martin visits during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

**Tale of the tape**

Sparta, N.J., St. Joe's Regional

6-foot-4, 275 pounds

Consensus three-star

## What he brings to the table

Martin could be a guard or could be a tackle at the next level; it all depends on how he fills out in college, which by the way, makes him a sure-fire redshirt candidate.

"Then Rob is blue-collar, hard-nosed. His high school coach played in the NFL. Great high school program. He's a swing guy that can play multiple positions," Franklin said. "I'm really excited about Robert because he doesn't have a hair on his face. His face, looks like he's about 14 years old. He's about 275 pounds right now. He has so much room for growth.

"When he decides to start growing some facial hair and fill out, I think we're going to have a chance to get a guy who has got a really, really big upside."

## OT Des Holmes



Desmond Holmes, of Cardinal O'Hara, has his photo taken with Jordan Hill. The Big 33 Pennsylvania football team meets NFL player Jordan Hill at Central Dauphin Middle School, June 16, 2017. .Dan Gleiter | dgleiter@pennlive.com

**Tale of the tape**

Norristown, Pa., Cardinal O'Hara

6-foot-5, 325 pounds

Consensus three-star

**What he brings to the table**

He projects to be a mauler, but he may need time to improve his technique and put on the kind of weight needed to go against the Big Ten's best. From Franklin:

"Des Holmes is a guy that came to camp. Massive human being. His dad and brother played basketball. His dad played in the PSAC, basketball player. Massive kid.

His high school did a great job of turning that place around. You're talking about a 6-foot-5, 320-pound kid with really light feet. Hadn't really showed it to the point on film yet. But I think after camp, we felt really

comfortable offering him.

His senior year I thought was really good. We talked to him about finishing people, playing with a toughness. I thought he really showed that his senior year."

## DE Yetur Gross-Matos



Penn State recruit Yetur Matos visits during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

**Tale of the tape**

Spotsylvania, Va., Chancellor

6-foot-5, 242 pounds

Consensus four-star

**What he brings to the table**

Gross-Matos is one of the class' prized gets, a four-star with offers from all over and a resume that says he tore up his high school competition and projects to have the potential to do the same in college. He could be a year one guy, but probably not.

"He's got the body you're looking for," Franklin said. "Really good student, really good family. As he keep watching this guy play, he's a guy that I think -- to be honest with you, I know this sounds ridiculous, but you say the sleeper of the class. He may be the sleeper of the class. I know he's a four-star recruit, all that kind of stuff."

**DT Corey Bolds**



Penn State recruit Corey Bolds visits for the Iowa game at Beaver Stadium on Nov. 5, 2016. Penn State beat Iowa, 41-14. Joe Hermitt | jhermitt@pennlive.com

## Tale of the tape

Paterson, N.J., Paramus Catholic

6-foot-3, 280 pounds

Consensus three-star

## What he brings to the table

Bolds was one of the latest prospects to sign with the Nittany Lions in this cycle as he worked hard and eventually did get his academic house in order. Can he play from the get-go?

"We have a need at defensive tackle," Franklin said. "We lost some guys to the transfer process. Corey Bolds is a guy we recruited really early on. Once his mom and him got on campus, it changed completely. We got some commitments. Corey stayed patient. We just kept talking. I really got to know him really well from a great high school. Coach Rahne did a really good job. Coach Spencer. We're jacked about having that guy.

"You talk about a big, physical, strong, athletic guy that's going to have a chance to come in and compete, we're really excited."

**DT Fred Hansard**



Penn State recruits Tariq Castro-Fields and Fred Hansard visit during the annual Blue-White game at Beaver Stadium on April 22, 2017. Joe Hermitt | jhermitt@pennlive.com

Burlington, N.J., The Hun School

6-foot-3, 300 pounds

Consensus four-star

**What he brings to the table**

A one-time Florida commit, Hansard flipped to the Lions late in the season and stuck with his pledge. He, like Bolds, could jump into the rotation right away.

"I'm just excited to get to Penn State and build a legacy there," Hansard said in a a press release issued by the school on National Signing Day. "This is the best decision of my life."

**LB Ellis Brooks**



Virginia four-star linebacker Ellis Brooks poses with former Penn State linebacker Lavar Arrington at the Under Armour All-American game.

**Tale of the tape**

Mechanicsville, Va., Benedictine

6-foot-1, 230 pounds

Consensus four-star

**What he brings to the table**

Brooks was an Under Armour All-American and a guy Penn State came into the mix for but landed despite that fact once four-star Dylan Rivers flipped to Virginia Tech. Brooks could battle for playing time out of the gate.

"Fortunately with Ellis, we were able to get in there and get in his home," Franklin said. "Really, really sharp kid, sharp family. What I would characterize as a Penn State kid and a Penn State family.

**LB Brailyn Franklin**



Penn State recruit Brailyn Franklin visits during the Lions' 33-13 win over Kent State on Sept. 3, 2016. Joe Hermitt, PennLive.com

**Tale of the tape**

6-foot-1, 204 pounds

Arlington Tex., (listed home town), played at Battlefield High in Haymarket, Va.

Consensus three-star

**What he brings to the table**

Is he a linebacker or a safety? That's what Brent Pry and Tim Banks will have to decide ASAP once Franklin gets on campus and begins filling out. He was listed at LB in February.

"I chose Penn State because the school itself is very good with academics and coach James Franklin is doing terrific things with the program, and I like how Coach Pry plays his linebackers," Brailyn Franklin told PennLive when he committed.



**CB Donovan Johnson**



Penn State recruit Donovan Johnson visits during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

**Tale of the tape**

Detroit, Mich., Cass Tech

5-foot-9, 170 pounds

Consensus four-star

**What he brings to the table**

An injury to John Reid that is likely to keep him our for most of if not the entire season could give Johnson a chance to jump into the rotation as a first-year player, but it's more likely that he sits out and sharpens his skills and mans the scout team in year one.

He'll be on to keep a close eye on throughout the summer.

## CB Tariq Castro-Fields



Penn State recruit Tariq Castro-Fields during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

## Tale of the tape

Upper Marlboro, Md., Riverdale Baptist

6-foot, 185 pounds

Consensus four-star



Penn State recruit DJ Brown visits for the Ohio State game on Oct. 22, 2016.Joe Hermitt | jhermitt@pennlive.com

**Tale of the tape**

College Park, Ga., Creekside

5-foot-10, 175 pounds

Consensus three-star

One of the signing class' earliest commitments, Brown worked to improve his game instead of focusing on other schools during his senior year of high school, and now he's primed to build on that as a freshman.

"I've improved greatly not only physically but also mentally," Brown told PennLive in January. "I've gotten a little bigger, stronger and faster till this point," adding that "learning how to study the game better and dominate mentally" was also a big focus.

## S Jonathan Sutherland



Penn State commit Jonathan Sutherland during the annual Blue-White game at Beaver Stadium on April 22, 2017.Joe Hermitt | jhermitt@pennlive.com

### Tale of the tape

From Ottawa but played at Episcopal High in Virginia

5-foot-11, 191 pounds

Consensus four-star

Last but certainly not least on our rundown, Sutherland camped at Penn State around the time he started high school but didn't really talk much about the program until right before he committed. He's a hard-hitting, impact playmaker that just might have something to say about the safety spot vacated next to Marcus Allen. A summer name to watch.

And that's the class. Stay tuned for more updates throughout the weekend and days to come as this group settles in.

For more Penn State football and recruiting news, click here.

---

---

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

---

# Around the web

ADVANCE LOCAL

Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

Ad Choices

3/6/2020

Case 4:20-cv-00064-MWB   Document 27-1   Filed 04/07/20   Page 38 of 57
Jesse Luketa - Football - Penn State University Athletics



| FOOTBALL  Apr 18    1:30 PM | FOOTBALL  Sep 5 | FOOTBALL  Sep 12 | FOOTBALL  Sep 19 |
| vs Blue vs. White | vs Kent State | at Virginia Tech | vs San Jose State |



## Football

More ⌄

## 2019 Football Roster



Craig Houtz

Luketa, Jesse ▾  Go

**40**   **JESSE LUKETA**

**CLASS:**  Sophomore

**EXPERIENCE:**  So.

**POSITION:**  LB

**HT./WT.:**  6-3 / 247

**HOMETOWN:**  Ottawa, Ontario

**HIGH SCHOOL:**  Mercyhurst Prep (Pa.)

**H.S. COACH:**  Jeff Root



3/6/2020

Case 4:20-cv-00064-MWB   Document 27-1   Filed 04/07/20   Page 39 of 57
Jesse Luketa - Football - Penn State University Athletics

● BIO    ● RELATED    .ıl STATS

### 2019 · SOPHOMORE SEASON

**Season:** Appeared in three games, making one start...One of 11 Nittany Lions to make their first career start.

**Idaho (8/31):** Collected three tackles, including one solo...Assisted on a tackle for loss...Broke up a pass. **Buffalo (9/7):** Posted two tackles. **Pittsburgh (9/14):** Registered two tackles...Added a pass breakup.

### 2018 · TRUE FRESHMAN SEASON

**Season:** Appeared in 12 games...One of 16 true freshmen to make their collegiate debut...One of 40 players to make their first Penn State appearance.

**Appalachian State (9/1):** Made collegiate debut on special teams. **at Pittsburgh (9/8):** Recorded a tackle. **Kent State (9/15):** Registered three tackles. **Michigan State (10/13):** Assisted on a tackle on a kick return. **Iowa (10/27):** Made a tackle on a punt return. **Maryland (11/24):** Assisted on a tackle on defense.

### HIGH SCHOOL

Three-time letterman for head coach Jeff Root at Mercyhurst Prep...Three-time team captain...Helped the Lakers to a 10-1 record and a runner-up finish in the District 10 Class AAA Championship game as a senior...Earned Rivals100 invitation...Named Pennsylvania Football News (PFN) Class 3A Defensive Player of the Year in 2017...Collected PFN All-Class 3A first-team honors in junior and senior seasons...Claimed a first-team spot on USA Today's All-USA Pennsylvania Football Team as a senior...Garnered Pennsylvania Sports Writers Class 3A All-State first-team honors in 2016 and 2017...Named All-WesternPAFootball.net first team in 2016...Selected first-team all-region in 2016 and 2017...Earned all-conference accolades twice...Named team MVP twice...Registered 69 tackles, four interceptions and two fumble recoveries as a senior...Had 88 tackles, 9.0 sacks, 15.0 TFL, five interceptions, including two returned for touchdowns, and three fumble recoveries as a junior...Rated as a four-star prospect by all three major recruiting outlets – 247Sports, ESPN and Rivals...Rated the No. 287 overall recruit, No. 8 prospect in Pennsylvania and No. 17 inside linebacker by 247Sports...Ranked as the No. 199 overall prospect, No. 7 inside linebacker, No. 7 recruit in Pennsylvania and No. 23 prospect in the region by ESPN...Ranked the No. 13 outside linebacker and No. 10 recruit in Pennsylvania by Rivals...Lettered in basketball as a junior.

### PERSONAL

Full name is Jesse Shimba Luketa...Son of Rose Luketa...Has two brothers, Joe Betu and Gino, and four sisters, Leslie, Laura, Sandrine and Guylaine...Hobbies include spending time with family and his nephews, reading and working out...Volunteered with the Salvation Army in Canada...Majoring in criminology...Born January 15, 1999 in Ottawa, Ontario, Canada.

         











© 2020 Penn State Nittany Lions

Feedback  /  1-800-NITTANY

Privacy Policy  /  Terms of Service

Video Platform powered by CBS Sports Digital



| | FOOTBALL Apr 18 1:30 PM | FOOTBALL Sep 5 | FOOTBALL Sep 12 | FOOTBALL Sep 19 | FO |
| + | vs Blue vs. White | vs Kent State | at Virginia Tech | vs San Jose State | N |



**Football**        More ∨

## 2019 Football Roster



| Parsons, Micah ▾ | Go |

## 11   MICAH PARSONS

**CLASS:** Sophomore

**EXPERIENCE:** So.

**POSITION:** LB

**HT./WT.:** 6-3 / 245

**HOMETOWN:** Harrisburg, Pa.

**HIGH SCHOOL:** Harrisburg

**H.S. COACH:** Calvin Everett

3/6/2020

Case 4:20-cv-00064-MWB   Document 27-1   Filed 04/07/20   Page 42 of 57
Micah Parsons - Football - Penn State University Athletics

💬 BIO     📰 RELATED     📊 STATS

**2019 · SOPHOMORE SEASON**

**Awards:** Named to the Pro Football Focus second-team Big Ten Team of the Week following his performance vs. Pitt (9/14)...Selected to the Butkus Award Preseason watch list...Named to the preseason Bednarik Award watch list...Tabbed on the preseason Bronko Nagurski Trophy watch list.

**Season:** Made three starts.

**Idaho (8/31):** Recorded a solo tackle. **Buffalo (9/7):** Secured 10 tackles...Matched a career best with two tackles for loss. **Pittsburgh (9/14):** Collected a season-high nine tackles, including seven solo...Registered two tackles for loss...Added a pass breakup and a QB hurry...Selected as the Coaching Staff's Defensive Player of the Week.

**2018 · TRUE FRESHMAN SEASON**

**Awards:** Selected Freshman All-America by The Athletic, 247Sports and ESPN...Was an honorable-mention All-Big Ten selection by the media...Named to ESPN's Midseason Freshman All-America Team...Selected Midseason Freshman All-America by 247Sports.

**Season:** Appeared in 13 games, including one start...One of 20 players to make their first career start...One of 16 true freshmen to make their collegiate debut...One of 40 players to make their first Penn State appearance...Against Rutgers (11/17), became the first Penn State freshman to start at linebacker since Cam Brown in 2016...Finished the season with a team-high 83 tackles, becoming the first freshman (true or redshirt) in program history to lead Penn State in tackles in a season.

**Appalachian State (9/1):** Made first career appearance...Assisted on four tackles and recovered an on-side kick. **at Pittsburgh (9/8):** Tied for a team lead with seven tackles...Helped to cause a fumble on a muffed punt in the second quarter. **Kent State (9/15):** Recorded five tackles...Assisted on one tackle for loss and contributed one QB hurry. **at Illinois (9/21):** Collected six tackles. **Ohio State (9/29):** Assisted on a sack...Added one QB hurry. **Michigan State (10/13):** Posted five tackles...Contributed one QB hurry. **at Indiana (10/20):** Registered eight tackles, including seven solo. **Iowa (10/27):** Made seven stops...Added one QB hurry. **at Michigan (11/3):** Posted eight tackles. **Wisconsin (11/10):** Recorded seven tackles. **at Rutgers (11/17):** Collected seven tackles...Had two tackles for loss, including a strip-sack in the first quarter. **Maryland (11/24):** Made four solo tackles...Had a solo tackle for loss. **vs. Kentucky (1/1):** Recorded a career-high 14 tackles, which ranks No. 13 in Penn State bowl history...Made one tackle for loss and forced a fumble on a strip in the second quarter...Added one QB hurry.

**HIGH SCHOOL**

Two-time letterman for head coach Calvin Everett at Harrisburg High School...Two-time letterman at Central Dauphin High School...Was a team captain as a senior...Helped the Cougars to an 11-1 record and perfect 6-0 league mark for a Mid-Penn Commonwealth Conference title in 2017...Part of a team that finished 11-4 on the way to a PIAA Class 5A runner-up finish in 2016...Selected to the U.S. Army All-American Bowl...Had two tackles, including 0.5 TFL, and a pass breakup for the East in the Army All-American Bowl...Participated in Nike's The Opening Finals and competed for Untouchable...Named the 2017 American Family Insurance National Defensive Player of the Year...Garnered All-USA Defense second-team accolades from USA Today as a senior...Was a finalist for the 2017 Mr. PA Football Class 4A-6A Award...Selected Mr. PA Football Lineman of the Year for Class 4A-6A...Named Pennsylvania Football News (PFN) Class 5A Defensive Player of the Year in 2017...Collected PFN All-Class 5A first-team honors in junior and senior seasons...Named to Pennsylvania Football Writers All-State Class 5A first team in 2016 and 2017...Garnered a first-team spot on USA Today's All-USA Pennsylvania Football Team in 2016 and 2017...Chosen as PennLive's Defensive Player of the Year in 2017...Selected 2017 Mid-Penn Conference Commonwealth Offensive and Defensive MVP...Garnered 2017 Mini Maxwell Award honors from the Maxwell Football Club...Named team MVP twice...Registered 55 tackles, 10.5 sacks and 17.5 TFL on defense, while adding 1,239 rushing yards, 99 receiving yards and 29 offensive touchdowns on offense as a senior...The 27 rushing scores tied for ninth in the state...Had 69 tackles with 20.0 TFL and 13.5 sacks as a junior...Recorded 121 tackles, 27.0 TFL and 18.5 sacks as a freshman at Central Dauphin...Tabbed a five-star recruit by all three major recruiting outlets – 247Sports, ESPN and Rivals...Ranked as the No. 5 overall prospect, No. 1 player in Pennsylvania and No. 2 weak-side defensive end by 247Sports...Ranked as the No. 7 overall recruit, No. 4 defensive end, No. 1 player in Pennsylvania and No. 2 prospect in the

**PERSONAL**

Full name is Micah Aaron Parsons...Son of Sherese and Terrence Parsons...Has one brother, Terrence, and one sister, Shatara...Majoring in criminology...Born May 26, 1999 in Harrisburg, Pennsylvania.













Video Platform powered by CBS Sports Digital



Set
Weather

Subscribe

# Who are Penn State football's early enrollees, and will all play as freshmen? They begin Monday

Updated May 22, 2019; Posted Jan 07, 2018

By **Greg Pickel | gpickel@pennlive.com**

0
shares

**BY GREG PICKEL | gpickel@pennlive.com**



Penn State recruit Micah Parsons greets fans before the Georgia State game at Beaver Stadium on Sept. 16, 2017.Joe Hermitt | jhermitt@pennlive.com

The Penn State spring semester starts on Jan. 8, which means six new Nittany Lions are about to begin their academic and athletic careers.

It's one of the biggest January enrollee classes that the program has had in quite some time, and includes players from Texas and Pennsylvania.

"I think as you guys have seen, we've played freshmen, and whether that's guys that graduated early and came in December or come in the summer, they're going to have an opportunity to compete," head coach James Franklin said back in December.

"I do think the chances and the likelihood increase, obviously, the longer that they're here and in this system. So that will be interesting."

Here's an in-depth look at the six newcomers, and what the odds are for each to play as a true freshman.

---

**CB Trent Gordon**

**Hometown: Spring, Tex.**

**High School: Manvel**

**Consensus three-star**

**6-foot, 180 pounds**



Penn State coaches James Franklin, Tim Banks, and Terry Smith with Trent Gordon.

## How he ended up at Penn State

Gordon unofficially visited schools like Ohio State, Michigan, and Tennessee during his recruitment, but he saw no school as often as he did the Nittany Lions, and that eventually led him to pick Penn State on March 29, 2016.

He never wavered.

"When Penn State offered at first, I didn't know much about them, the offers were just all coming in still," Gordon told Rivals Nick Krueger.

'As the weeks went on and they kept contacting me and I found out more about them, I realized this was actually a powerhouse school. That's when I started falling in love with them."

## Will he play as a true freshman?

t seems unlikely.

The Lions do lose Grant Haley and Christian Campbell at the position, but John Reid is back, as is Amani Oruwariye, and Tariq Castro-Fields and Lamont Wade are waiting in the wings for more reps, among others.

Don't rule it out, as special teams help can always be a boon, but don't expect it, either.

---

**S Isaiah Humphries**

**Consensus three-star**

**Hometown: Rowlett, Tex.**

**High School: Sachse High**

**5-foot-11, 190 pounds**



Isaiah Humphries looks on during the Penn State Elite IV camp on July 14, 2017 on the Lasch fields. Joe Hermitt | jhermitt@pennlive.com

The son of former Nittany Lion Leonard, Humphries was offered in February of 2016, camped at Penn State in July of the same year, and then committed to the Nittany Lions on New Year's Eve just days before the Lions took on USC in the Rose Bowl.

He also never looked around, despite schools like Notre Dame coming into the fold after he pledged.

"It has the perfect combo of academics and football, and the recruiting class is excellent plus just the whole game day experience is unreal," Isaiah Humphries told PennLive.

### Will he play as a true freshman?

The battle to replace Marcus Allen and Troy Apke as Penn State's two starting safeties is *wide* open, meaning Humphries could well muscle his way into a mix that currently includes Nick Scott, Ayron Monroe, Jonathan Sutherland, Garrett Taylor, and others.

If he doesn't make the rotation, it's safe to assume that he won't make the field in 2018, either.

**TE Zack Kuntz**

**Consensus four-star**

**Hometown: Camp Hill, Pa.**

**High School: Camp Hill**

**6-foot-7, 235 pounds**



Zack Kuntz

**How he ended up at Penn State**

Kuntz has seen two family members, Brandon and Christian, attend University Park, and so many figured he'd be the latest in the family line to play for the Lions.

Notre Dame was one of the other heavy contenders for the Mid-Penn star, but a month and two weeks after an unofficial visit to South Bend, Kuntz verbally committed to the Lions and never looked back.

"I'm training every day, just trying to get bigger, faster and stronger," Kuntz said in December when he signed.

"I'm putting on the pounds, but it's good weight. I'm trying to keep my speed, and stay explosive."

**Will he play as a true freshman?**

Someone has to replace Mike Gesicki, and Kuntz could be in line to do so, or at least be a part of a rotation that does so, but as he says, adding weight is the key, and will more or less be the deciding element in whether he can suit up this year or not.

We'll say it's very likely that one of he or June arrival Pat Freiermuth do, but it's hard to pick which this far away from summer camp.

---

**LB Jesse Luketa**

**Consensus three-star**

**Hometown: Ottawa, Ontario**

**High School: Erie Mercyhurst Prep**

**6-foot-2, 240 pounds**



Jesse Luketa with his mom, Rose Luketa on National Signing Day on Dec. 20, 2017.Rob Frank | Special to PennLive

## How he ended up at Penn State

Penn State has had a few Canadian-born players on its roster; think back to quarterback Michael O'Connor, and the latest is the aforementioned Sutherland.

It played a role, undoubtedly, but defensive coordinator Brent Pry and the staff and school as a whole were the biggest selling points to the future middle linebacker.

'Penn State is a historic institution and being presented with the opportunity to continue the legacy, it hit me," Luketa said when he was offered.

That feeling carried over into his commitment, too.

## Will he play as a true freshman?

With Jason Cabinda, Brandon Smith, and Manny Bowen all out the door this offseason, Penn State will have to rely on someone to plug the run in the middle of Pry's defense. The coordinator said many will receive a chance in spring practice to earn the job or at least snaps at the position. Like Humphries, if Luketa does not earn them, he's likely to redshirt barring an injury that forces him into action.

**LB Micah Parsons**

**Consensus five-star**

**Hometown: Harrisburg, Pa.**

**High School: Harrisburg High**

**6-foot-3, 245 pounds**



Micah Parsons holds his letter of intent to play for Penn State during his college announcement ceremony on National Signing Day on Dec. 20, 2017.Joe Hermitt | jhermitt@pennlive.com

### How he ended up at Penn State

Parsons had one of the more unique recruitment in this cycle, as he was coveted by top programs across the country, once verbally committed to the Nittany Lions, and then backed away from that pledge to explore other options.

Ohio State was one the favorite, and a point in time Nebraska, Alabama, and Georgia were all in the mix, but PSU won out in the end and earned his signature during the early signing period.

"We're going to play Micah Parsons at Mike linebacker this spring and see how that goes," Franklin said.

"We know he can move back to defensive end. But we're going to have him here for spring ball and see if he can do that. Right now we don't have a defensive end committed in the class."

### Will he play as a true freshman?

The answer is yes, and the only uncertainty seems to revolve around what position he'll be at.

As noted above, the Lions want to try him at and think he can play at middle linebacker in 2018, but what if spring and summer practices indicate that he cannot?

Perhaps a move to outside linebacker will be contemplated, and there's also the possibility that he'll simply return to the end spot he has dominated at so often throughout his career.

**LB Nick Tarburton**

**Consensus four-star**

**Hometown: Green Lane, Pa.**

**High school: Pennridge**

**6-foot-3, 250 pounds**



Nick Tarburton of Pennridge during the Penn State 7-on-7 passing camp in State College on June 17, 2017. Joe Hermitt | jhermitt@pennlive.com

### How he ended up at Penn State

Tarburton's recruitment had hardly started when he picked Penn State back in February of 2017; he had just a handful of offers, and the last one he received, from the Nittany Lions on Jan. 29, was the one he had been waiting for, as he committed roughly 10 days later and never looked elsewhere.

"Coach [James] Franklin has talked about that with him, and he said you get bigger, we'll put you down at defensive end and he's certainly up for that," Pennridge coach Jeff Hollenbach said.

"He wants his first shot at linebacker, but I could also see him as a rush end."

### Will he play as a true freshman?

It's not an impossible situation, as Tarburton is built well, but in a way his physical presence at this point could prove to be a small problem in the sense that, by the time the coaching staff decides whether it wants him to weigh what a linebacker weighs or grow into a defensive end, he may not have enough time to reach either point in time to play in 2018.

All January enrollees have a shot to play, however, but Tarburton looks like a redshirt candidate.

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

# Around the web

ADVANCE LOCAL

Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷**Ad Choices**