# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HUMPHRIES, | No. 4:20-CV-00064 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, JAMES FRANKLIN, and DAMION BARBER, | |
| Defendants. | |

## ORDER

**AND NOW**, this 16th day of June 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Isaiah Humphries' Motion for Leave to File a Complaint (Second) Amended Pursuant to Rule 15, Federal Rules of Civil Procedure, Doc. 29, is **GRANTED IN PART AND DENIED IN PART**.

2. Humphries may amend his complaint as provided in Doc. 29-4; except that:

3. Humphries may <u>not</u> add the negligence *per se* claim found at Count II of Doc. 29-4, *see, e.g.,* Doc. 29-4 at ¶¶ 156-61.

4. Defendants' Motion to Dismiss, Doc. 27, is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge