IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH HUMPHRIES, | : | |
| Plaintiff | : : | |
| v | : | No. 4:20-cv-00064-MWB |
| THE PENNSYLVANIA STATE UNIVERSITY; JAMES FRANKLIN; and DAMION BARBER | : : : : | (The Honorable Matthew W. Brann) |
| Defendants | : : : | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS
THE PENNSYLVANIA STATE UNIVERSITY AND JAMES FRANKLIN'S
MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT
PURSUANT TO RULE 12(B)(6), FEDERAL RULES OF
<u>CIVIL PROCEDURE</u>**

PLEASE TAKE NOTICE that the plaintiff, by and through counsel, opposes the defendants' Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.  In support of the response the plaintiff incorporates by reference the attached Memorandum of Law and accompanying papers.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached.

        Respectfully submitted,

By: */s/ Steven F. Marino*
   Steven F. Marino, Esquire
   PA Attorney I.D. No.   53034
   Joseph Auddino, Esquire
   PA Attorney I.D. No.   316752
   MARINO ASSOCIATES
   301 Wharton Street
   Philadelphia, PA 19147
   Telephone:  (215) 462-3200
   Telecopier:  (215) 462-4763
   smarino@marinoassociates.net
   jauddino@marinoassociates.net

Dated: December 4, 2020  *Attorneys for Plaintiff*