IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HUMPHRIES, | No. 4:20-CV-00064 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY; JAMES FRANKLIN; AND DAMION BARBER, | |
| Defendants. | |

## ORDER

### SEPTEMBER 24, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that The Pennsylvania State University ("the University") and James Franklin's Motion to Dismiss Plaintiff Isaiah Humphries' Third Amended Complaint (Doc. 62) is **GRANTED**. The following claims are hereby dismissed with prejudice:

1. Count I against the University for Violation of Title IX of the Education Amendments of 1972;

2. Count II against the University for negligence per se related to the Timothy J. Piazza Antihazing Law;

3. Count IV against the University for negligence;

4. Count V against James Franklin for negligence; and

5. Count VIII against the University and Franklin for negligent infliction of emotional distress.

                BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge