IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HUMPHRIES, | No. 4:20-CV-00064 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DAMION BARBER, | |
| Defendant. | |

## ORDER

**AND NOW**, this 9th day of March 2022, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **March 15, 2022 at 10:00 a.m.**

2. Counsel for Plaintiff shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in light of current circumstances necessitated by the COVID-19 virus pandemic afflicting our nation, which compel counsel to work outside of their offices, I will permit such telephonic conference calls to be made by cellular phone if that is the only means of telephonic communication for counsel.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge