IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HUMPHRIES, | No. 4:20-CV-00064 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DAMION BARBER, | |
| Defendant. | |

### ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

**AND NOW**, this 19th day of May 2022, **IT IS HEREBY ORDERED** that:

1. The initial case management conference pursuant to FED. R. CIV. P. 16 will be conducted by the Court on **June 13, 2022** at **10:30 a.m. The Court prefers to hold these conferences by telephone. Plaintiff's counsel shall initiate the conference call. The Court may be reached in chambers at 570-323-9772.** At the time the call is placed, all counsel shall be on the line and prepared to proceed. It is the Court's preference that counsel do not participate in conference calls by cell phone.

2. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible, including the simplification of issues, a schedule for the completion of discovery, amendment of pleadings, joinder of parties, filing of motions and trial. Participation in this conference by counsel or by pro se litigants is mandatory.

3. If counsel of record is unable to participate in the conference, the Court shall be notified with the name of the substitute counsel two business days in advance of the date of the conference at the telephone number set forth above.

4. Counsel representing non-governmental corporate entities are reminded to comply with FED. R. CIV. P. 7.1

5. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania.  **Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form.  The completed form, which is set forth in Appendix A of the local rules, <u>must be filed at least seven (7) days prior to the conference</u>.**  Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990, and are expected to proceed in a manner intended to secure the just, speedy and inexpensive determination of this action.  FED. R. CIV. P. 1.

6. It is anticipated that discovery has been initiated and will be conducted with dispatch, including compliance with FED. R. CIV. P. 26(a), so that a reasonable discussion of the merits of the case will take place at the time of the conference.

7. Counsel shall not cease active discovery pending disposition of a motion to dismiss.

8. At the case management conference, the captioned action will be placed on one of the following tracks:

    a) **Fast Track -** Referring the case to a United States Magistrate Judge for recommendations.

    b) **Expedited Track -** Setting a trial date to be determined at the time of the case management conference.

    c) **Standard Track -** Setting a trial date of not more than 20 months from the filing of the complaint.

    d) **Complex Track -** Setting a trial date in excess of 20 months but less than 2 years from the filing of the complaint.

9. The parties and counsel are directed to the Court's calendar attached hereto. The dates referred on the calendar shall be strictly complied with. The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under exceptional circumstances.

10. Finally, please be advised that the Court will take no action based upon correspondence. Counsel is respectfully reminded to adhere to the motion practice set forth in the Rules.

\*Please see our website at: www.pamd.uscourts.gov for general information and forms.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                Chief United States District Judge

## Judge Brann's 2023 Calendar

| ICMC | Discovery Deadline | Dispositive Motions & Supporting Briefs | Plaintiffs' Expert Reports | Defendants' Expert Reports | Supplemental /Rebuttal Expert Reports | Motions in Limine & Supporting Brief | Pre-trial memos & Proposed Voir Dire Questions & Proposed Jury Instructions | Final Pre-trial conference | Jury Selection/ Trial |
|---|---|---|---|---|---|---|---|---|---|
| Aug 2021 | Apr 5, 2022 | Jun 7, 2022 | Sep 7, 2022 | Oct 7, 2022 | Oct 21, 2022 | Nov 4, 2022 | Nov 18, 2022 | Nov 29, 2022 | Jan 9, 2023 |
| Sep 2021 | May 3, 2022 | Jul 5, 2022 | Oct 5, 2022 | Nov 7, 2022 | Nov 21, 2022 | Dec 5, 2022 | Dec 19, 2022 | Dec 27, 2022 | Feb 6, 2023 |
| Oct 2021 | Jun 7, 2022 | Aug 8, 2022 | Nov 8, 2022 | Dec 8, 2022 | Dec 22, 2022 | Jan 5, 2023 | Jan 19, 2023 | Jan 31, 2023 | Mar 6, 2023 |
| Nov 2021 | Jul 5, 2022 | Sep 6, 2022 | Dec 6, 2022 | Jan 6, 2023 | Jan 20, 2023 | Feb 3, 2023 | Feb 17, 2023 | Feb 28, 2023 | Apr 3, 2023 |
| Dec 2021 | Aug 2, 2022 | Oct 4, 2022 | Jan 4, 2023 | Feb 6, 2023 | Feb 21, 2023 | Mar 7, 2023 | Mar 21, 2023 | Mar 28, 2023 | May 1, 2023 |
| Jan 2022 | Sep 6, 2022 | Nov 8, 2022 | Feb 7, 2023 | Mar 7, 2023 | Mar 21, 2023 | Apr 4, 2023 | Apr 18, 2023 | Apr 25, 2023 | Jun 5, 2023 |
| Feb 2022 | Oct 4, 2022 | Dec 6, 2022 | Mar 6, 2023 | Apr 6, 2023 | Apr 20, 2023 | May 4, 2023 | May 18, 2023 | May 30, 2023 | Jul 3, 2023 |
| Mar 2022 | Nov 1, 2022 | Jan 9, 2023 | Apr 10, 2023 | May 10, 2023 | May 24, 2023 | Jun 7, 2023 | Jun 20, 2023 | Jun 27, 2023 | Aug 7, 2023 |
| Apr 2022 | Dec 6, 2022 | Feb 3, 2023 | May 5, 2023 | Jun 5, 2023 | Jun 19, 2023 | Jul 3, 2023 | Jul 17, 2023 | Jul 25, 2023 | Sep 11, 2023 |
| May 2022 | Jan 3, 2023 | Mar 3, 2023 | Jun 2, 2023 | Jul 3, 2023 | Jul 17, 2023 | Jul 31, 2023 | Aug 14, 2023 | Aug 29, 2023 | Oct 2, 2023 |
| Jun 2022 | Feb 7, 2023 | Apr 7, 2023 | Jul 7, 2023 | Aug 7, 2023 | Aug 21, 2023 | Sep 5, 2023 | Sep 19, 2023 | Sep 26, 2023 | Nov 6, 2023 |
| Jul 2022 | Mar 7, 2023 | May 8, 2023 | Aug 8, 2023 | Sep 8, 2023 | Sep 22, 2023 | Oct 6, 2023 | Oct 20, 2023 | Oct 31, 2023 | Dec 4, 2023 |