# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HUMPHRIES, | No. 4:20-CV-00064 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DAMION BARBER, | |
| Defendant. | |

## ORDER

**AND NOW**, this 26th day of January 2023, upon consideration of Plaintiff's motion to modify case management order (Doc. 98), **IT IS HEREBY ORDERED** that the case management order is amended as follows:

1. Discovery deadline: May 8, 2023

2. Dispositive motions deadline: July 6, 2023

3. All expert report deadlines are **CANCELLED** and will be rescheduled, if necessary, upon resolution of any filed dispositive motion.

4. The case is **REMOVED** from the November 2023 trial list, and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

5. The deadlines for filing motions in limine and supporting briefs, pretrial memoranda, proposed voir dire questions and proposed jury

        instructions are **CANCELLED** and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

6.     The final pretrial conference scheduled for September 26, 2023 is **CANCELLED** and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

7.     This Order supersedes all previous scheduling Orders.

                                 BY THE COURT:

                                 *s/ Matthew W. Brann*
                                 Matthew W. Brann
                                 Chief United States District Judge