IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH HUMPHRIES, | : | |
| | : | |
| Plaintiff | : | No.   4:20-cv-00064-MWB |
| v | : | (The Hon. Matthew W. Brann) |
| | : | |
| DAMION BARBER | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S CERTIFICATION OF NO BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY JANUARY 26, 2023, REVISED CASE MANAGEMENT ORDER

Plaintiff by and through counsel, acknowledges LR 7.5, and certifies that the instant motion contains the reasons for the motion and the relief sought are fully stated therein, and provides notice that no brief in support of the motion is attached.

MARINO ASSOCIATES

By:   */s/ Steven F. Marino*
Steven F. Marino, Esquire
PA Attorney I.D. No.   53034
Joseph Auddino, Esquire
PA Attorney I.D. No.   316752
MARINO ASSOCIATES
301 Wharton Street
Philadelphia, PA 19147
Telephone:  (215) 462-3200
Telecopier:  (215) 462-4763
smarino@marinoassociates.net
jauddino@marinoassociates.net

Dated: March 1, 2023         *Attorneys for Plaintiff*