IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH HUMPHRIES, | : | |
| | : | |
| Plaintiff | : | No.   4:20-cv-00064-MWB |
| v | : | (The Hon. Matthew W. Brann) |
| | : | |
| DAMION BARBER | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 2nd day of March 2023, upon consideration of the Plaintiff's Motion to Modify January 26, 2023, Revised Case Management Order, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The case management deadlines are extended as follows:

1. Discovery deadline:          July 7, 2023

2. Dispositive motions deadline:     September 4, 2023

No further extension of these deadlines will be granted.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge