IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HUMPHRIES,<br><br>                    Plaintiff,<br><br>v.<br><br>DAMION BARBER,<br><br>                    Defendant. | Case No.:  4:20-CV-00064-MWB |

### STIPULATION TO CONVENE REMOTE DEPOSITION OF <u>MAKENZIE PETERS</u>

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to F.R.C.P. No. 30, by and between the undersigned counsel, Steven F. Marino, Esquire, on behalf of Plaintiff, and Anthony G. De Boef, Esquire, on behalf of Defendant Damion Barber, subject to the approval of the Court, that the deposition of Makenzie Peters is to be convened remotely, via Zoom Video Communications.

| **MARINO ASSOCIATES** | **DE BOEF LUCCHESI AND ASSOCIATES, P.C.** |
|---|---|
| */s/ Steven F. Marino* | *[signature]* |
| STEVEN F. MARINO, ESQUIRE | ANTHONY G. DE BOEF, ESQUIRE |
| *Attorney for Plaintiff* | *Attorney for Defendant Damion Barber* |
| Date: 03/10/23 | Date: 3/10/23 |

APPROVED BY THE COURT:

DATE:_____                                  _____

                                                                                                                J.