IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| ISAIAH HUMPHRIES, | : | | |
| | : | | |
| Plaintiff | : | No. | 4:20-cv-00064-MWB |
| v | : | (The Hon. Matthew W. Brann) |
| | : | | |
| DAMION BARBER | : | | |
| | : | | |
| Defendants | : | | |

**PLAINTIFF'S CERTIFICATION OF NO BRIEF IN SUPPORT
OF PLAINTIFF'S MOTION TO MODIFY MARCH 2, 2023,
<u>REVISED CASE MANAGEMENT ORDER</u>**

Plaintiff by and through counsel, acknowledges LR 7.5, and certifies that the instant motion contains the reasons for the motion and the relief sought are fully stated therein, and provides notice that no brief in support of the motion is attached.

                                                           **MARINO ASSOCIATES**

                              By:   */s/ Steven F. Marino*
                                         Steven F. Marino, Esquire
                                         PA Attorney I.D. No.   53034
                                         Joseph Auddino, Esquire
                                         PA Attorney I.D. No.   316752
                                         MARINO ASSOCIATES
                                         301 Wharton Street
                                         Philadelphia, PA 19147
                                         Telephone:  (215) 462-3200
                                         Telecopier:  (215) 462-4763
                                         smarino@marinoassociates.net
                                         jauddino@marinoassociates.net

Dated: July 5, 2023           *Attorneys for Plaintiff*