IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HUMPHRIES, | No. 4:20-CV-00064 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DAMION BARBER, | |
| Defendant. | |

## ORDER

**JANUARY 25, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Damion Barber's Motion for Summary Judgment (Doc. 123) is **GRANTED IN PART** and **DENIED IN PART**.

2. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge